UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITCHELL DINNERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>USA, NJ, LT. GOVERNOR SHEILA Y. OLIVER, and ELIZABETH MAHER MUOIO,<br><br>Defendants. | Civil Action No. 22-5193 (RK) (TJB)<br><br>**MEMORANDUM ORDER** |

**KIRSCH, District Judge**

  **THIS MATTER**, having come before the Court upon the review of its docket; and

  **WHEREAS**, on March 5, 2024, the Court granted *pro se* Plaintiff Mitchell Dinnerstein's ("Plaintiff") application to proceed *in forma pauperis*, (ECF No. 1-2), and dismissed Plaintiff's Complaint, (ECF No. 1), without prejudice pursuant to 28 U.S.C. § 1915(e), (ECF No. 13); and

  **WHEREAS**, the Court permitted Plaintiff to file "an amended complaint that corrects the deficiencies identified" in the six-page Memorandum Order within thirty (30) days, (ECF No. 13); and

  **WHEREAS**, the Court advised Plaintiff that if he chose not to file an amended complaint, the matter would be dismissed with prejudice, (ECF No. 13); and

  **WHEREAS**, Plaintiff filed several letters on the docket totaling approximately one hundred pages that are addressed to various political figures and make unrealistic and incoherent requests, such as that "Senator John Kerry . . . hold hearings on Title 6" and that the case be "moved to the Supreme Court," (ECF Nos. 14, 15, 16); and

**WHEREAS**, Plaintiff has not filed an amended pleading, sought an extension to file an amended pleading, or otherwise taken any step to prosecute his claim in accordance with the Court's Order.

Therefore, **IT IS** on this 8th day of August, 2024,

**ORDERED** that the current action is hereby **DISMISSED WITH PREJUDICE** for failure to prosecute; and it is further

**ORDERED** that the Clerk of the Court is hereby instructed to **CLOSE THIS MATTER**.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**